E-FILED
Wednesday, 14 July, 2021 02:22:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 21-30029 |
| ) | |
| DAVID PAGE, ) | |
| ) | |
| Defendant. ) | |

## AGREED MOTION TO CONTINUE

Defendant DAVID PAGE**,** by and through her attorney, August M. Appleton, and for her Agreed Motion to Continue, states as follows:

1. This case is currently set before the court for a Pre-Trial on July 16, 2021 and Trial date of August 3, 2021.

2. The undersigned has conferred with Assistant United States Attorney Matthew Weir, who indicated that the Government has no objection to this motion seeking a 30-60 day continuance.

3. This request is made in the interest of fairness and justice and not for the purpose of any unreasonable or undue delay; and Defendant will not be prejudiced by further delay.

4. Defendant requires additional time to review discovery and confer with counsel.

WHEREFORE, the Defendant David Page respectfully requests this Honorable Court continue the previously set Pre-Trial and Trial dates for approximately 30-60 days and grant any other such and further relief as this Court deems reasonable and just.

.

Respectfully submitted,

By    /s/ August Appleton
August M. Appleton
Stratton, Moran, Reichert, Sronce
and Appleton
725 South Fourth Street
Springfield, IL  62703
(217) 528-2183
appletonlawillinois@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the Odyssey File and Serve System, which will send notification of such filing to the following:

matthew.weir@usdoj.gov

diana.cowan@usdoj.gov

 /s/ August Appleton
August M. Appleton
Attorney for the Defendant Shane Ridder
Stratton, Moran, Reichert, Sronce
and Appleton
725 South Fourth Street
Springfield, IL  62703
(217) 528-2183
appletonlawillinois@gmail.com